**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION**

| | | |
|---|---|---|
| Cade Hawkins, | ) | Civil Action No.:  1:15-cv-04061-JMC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Husqvarna Professional Products, Inc. | ) | **Plaintiff's Supplemental Rule 26(a)(2)** |
| d/b/a Husqvarna, and Terri Cox, | ) | **Disclosures** |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure, the Plaintiff identifies the following expert witnesses:

a.     ***Cheryl Mathis, RNC, CLNC, CNLCP***
      ***PCMS Medical-Legal Services***
      ***Post Office Box 1271***
      ***Orangeburg, SC  29116-1271***

b.     ***Charles J. Nivens, MD***
      ***Charles J. Nivens, MD, P.A. Spine Medicine***
      ***Post Office Box 3828***
      ***Bluffton, SC  29910***

c.     **Ivan E. LaMotta, M.D.**
      **Midlands Orthopaedics & Neurosurgery**
      **1013 Lake Murray Boulevard**
      **Irmo, SC  29063**
      **(803) 256-4107**

**Plaintiff has served upon Defendants written reports from Ms. Mathis and Dr. Nivens. Dr. LaMotta previously produced an independent medical examination report, which Defendant already posesses.**

*~ Signature Page to Follow ~*

PETERS, MURDAUGH, PARKER, ELTZROTH
& DETRICK, P.A.

BY:   s/Neil E. Alger
        Lee D. Cope, Esq. (Fed ID#7026)
        Neil E. Alger, Esq. (Fed ID#11903)
        101 Mulberry Street East
        P.O. Box 457
        Hampton, South Carolina  29924
        (803) 943-2111
        (803) 914-2015 (fax)

              - and –

        Martin C. Puetz, Esq. (Fed ID#3176)
        LAW OFFICE OF MARTIN C. PUETZ, LLC
        415 Fourth Street
        Augusta, Georgia  30901
        (706) 722-4283
          ATTORNEYS FOR PLAINTIFF

February 24, 2017
Hampton, South Carolina